**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 03-1630

———————————

EARL BELIN,

Plaintiff - Appellant,

versus

B. MCCUTHEON, individually and in his capacity
as deputy sheriff of Florence County,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Terry L. Wooten, District Judge.
(CA-01-4336-4-25)

———————————

Submitted:  March 26, 2004            Decided:  June 14, 2004

———————————

Before NIEMEYER, TRAXLER, and DUNCAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

R. Edward Hemingway, THE HEMINGWAY LAW FIRM, P.A., Columbia, South
Carolina, for Appellant.   Robert Thomas King, WILLCOX, BUYCK &
WILLIAMS, P.A., Florence, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Earl Belin appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Belin v. McCutheon, No. CA-01-4336-4-25 (D.S.C. May 16, 2003). Appellee's motion to dismiss the appeal is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED